UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:19-cr-151-01-SM |
| ) | |
| JEFFREY HATCH ) | |

INFORMATION

The United States Attorney Charges:

COUNT ONE
[21 U.S.C. § 843(b)]
[Use of a Communication Facility to Facilitate
Unlawful Distribution of Fentanyl]

On or about July 25, 2017, in the District of New Hampshire, the defendant,

**JEFFREY HATCH,**

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the commission of the crime of unlawful distribution of fentanyl, a Schedule II controlled substance, which is a felony under subchapter I of Title 21, Chapter 13, in violation of Title 21, United States Code, Sections 843(b).

Dated: July 19, 2019

SCOTT W. MURRAY
United States Attorney

By: *Jennifer C. Davis*
Jennifer Cole Davis
Assistant U.S. Attorney